IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GENNARO RAUSO,** | : | **CIVIL ACTION** |
| **Individually and as assignee for Elliotte** | : | |
| **B. Brown, Twenty Six Schappert** | : | |
| **Terrace, LLC, and D & B Property** | : | No. 13-cv-693 |
| **Investors Corp.,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **BARBARA FEIN, et al.,** | : | |
| Defendants. | : | |

# O R D E R

**AND NOW**, this 11th day of May, 2015, upon consideration of the defendants' motion to dismiss (Doc. No. 30) and all responses thereto, it is hereby **ORDERED** that the motion is **GRANTED in part** and **DENIED in part**, as explained in the accompanying memorandum:

1) Counts 187,188, 191-194, 197-205 are **DISMISSED**.

2) The remaining Counts are **STAYED** pending the outcome of the state mortgage foreclosure proceeding. The parties shall submit a status report within **thirty (30) days** of the disposition of the state mortgage foreclosure action.

3) The Clerk of Court shall place this case in **SUSPENSE**.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.