IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GENNARO RAUSO,** : | CIVIL ACTION |
| **Individually and as assignee for Elliotte B.** : | |
| **Brown, Twenty Six Schappert Terrace,** : | |
| **LLC, and D & B Property Investors** : | No. 13-cv-693 |
| **Corp.,** : | |
| **Plaintiff,** : | |
| : | |
| **v.** : | |
| : | |
| **BARBARA FEIN, et al.,** : | |
| **Defendants.** : | |

# O R D E R

**AND NOW**, this 22nd day of March, 2017, upon consideration of the plaintiff's Motion to Reassign the Instant Motion, Seeking to Recuse Judge Lawrence Stengel, To Another Judge For Disposition, To Remove This Case From Civil Suspense, Render an Adjudication on the Merits of all of Plaintiffs' Claims and Relief Requested and Second Motion to Rescind and or Vacate This Court's May 11, 2015 and August 10, 2015 Orders (Docket No. 76), it is hereby **ORDERED** that the motion is **DENIED**.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL,  J.