# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GENNARO RAUSO,** Individually and as assignee for Elliotte B. Brown, Twenty Six Schappert Terrace, LLC, and D & B Property Investors Corp., Plaintiff, v. **BARBARA FEIN, et al.,** Defendants. | CIVIL ACTION<br><br>No. 13-cv-693 |

# O R D E R

**AND NOW**, this 2nd day of August, 2017, upon consideration of the defendants' motions to dismiss the second amended complaint (Docket Nos. 87, 88, and 90), and the plaintiff's motion for leave to file a second amended complaint (Docket No. 95), it is hereby **ORDERED** as follows:

1. The plaintiff's motion for leave to file a second amended complaint is **DENIED**.

2. The defendants' motions to dismiss the second amended complaint are **GRANTED**.

3. The second amended complaint (Docket No. 75) is **STRICKEN**.

4. This case shall remain in civil suspense.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, C.J.