# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GENNARO RAUSO,** | : |
| **Plaintiff,** | : CIVIL ACTION NO. 13-CV-00693 |
| v. | : |
| **BARBARA FEIN et al.,** | : |
| **Defendants.** | : |

## NOTICE OF WITHDRAWAL OF COUNSEL

To the Clerk: Please withdraw the appearance of Michael LiPuma, Esq. on behalf of Defendant U.S. Bank National Association only.

Respectfully submitted,

Dated: 4-21-22

/s Michael LiPuma
Michael LiPuma, Esq.
325 Chestnut Street, Suite 1109
Philadelphia, PA  19106
(215) 922-2126

## **CERTIFICATE OF SERVICE**

I certify that on 4-21-22, I caused a copy of the foregoing document, together with all supporting papers, to be served upon the following:

>Gennaro Rauso
>1107 Mantua Pike
>Suite 701-284
>Mantua, NJ  08051 (By Mail)
>
>Barbara Fein, Esq.
>721 Dresher Road
>Suite 1050
>Horsham, PA  19044 (By ECF)
>
>Eric Kishabaugh
>KML Law Firm
>701 Market Street
>Suite 5000
>Philadelphia, PA  19106

>　　　　　/s
>　　Michael LiPuma, Esq.