# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GENNARO RAUSO** | : | **CIVIL ACTION** |
| *Plaintiff, pro se* | : | |
| | : | **NO. 13-0693** |
| **v.** | : | |
| | : | |
| **BARBARA FEIN,** *et al.***,** | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 21st day of December 2022, upon consideration of Defendants' *motions to dismiss*, [ECF 117 and 127], Plaintiff's response in opposition thereto, [ECF 132], Defendants' reply, [ECF 135], and the allegations in the amended complaint, [ECF 18], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motions to dismiss, [ECF 117 and 127], are **GRANTED**, and this matter is **DISMISSED** as to all remaining Defendants.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*